**Charles Edward HARPER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 35656.**

Court of Criminal Appeals of Texas.

April 17, 1963.

No attorney on appeal.

Henry Wade, Dist. Atty., Emmett Colvin, Jr., Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for State.

WOODLEY, Presiding Judge.

The offense is felony theft; the punishment, 10 years.

No notice of appeal appears to have been given in open court and entered of record.

The instrument filed with the Clerk of the trial court reciting that notice of appeal was given is insufficient under our holding in Anderson v. State, 165 Tex.Cr.R. 525, 309 S.W.2d 239.

Under the record we are without jurisdiction to entertain the appeal.

The appeal is dismissed.